UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STERLING OAKS AT LENOX HILLS CONDOMINIUM ASSOCIATION, INC. d/b/a STERLING OAKS AT LENOX HILLS CONDOMINIUM<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN ALTERNATIVE INSURANCE CORPORATION, a foreign corporation,<br><br>Defendant. | Civil Action File No.: |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332 and 1441, Defendant American Alternative Insurance Corporation ("AAIC") removes the above-captioned lawsuit from the Superior Court of Fulton County, Georgia, Civil Action File No. 2021CV347636, in which it is currently pending, to the United States District Court for the Northern District of Georgia, Atlanta Division. As grounds for removal of this lawsuit, AAIC states as follows:

1. On March 30, 2021, Plaintiff Sterling Oaks at Lenox Hills Condominium Association, Inc. d/b/a Sterling Oaks at Lenox Hills

Condominium ("Sterling Oaks") filed the above captioned lawsuit in the Superior Court of Fulton County, Georgia.

2. On March 31, 2021, AAIC received service of the Complaint through its registered agent. Service upon AAIC was the first time AAIC was made aware of this lawsuit.

3. Thus, this Notice of Removal is filed in a timely and proper manner pursuant to 28 U.S.C. § 1446(b) as it is being filed within thirty (30) days of service of this lawsuit on AAIC.

4. This lawsuit is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332 and which may be removed to this Court under 28 U.S.C. §§ 1441 and 1446. This lawsuit is a civil action in which the amount in controversy exceeds $75,000, exclusive of interest and costs, and is an action between citizens of different states.

5. All pleadings filed in the Superior Court of Fulton County action are attached hereto as Exhibit A.

6. Sterling Oaks alleges that it is, and was at the time of the filing of this lawsuit, a Georgia corporation with its principal place of business in the State of Georgia. (See Ex. A, Compl. ¶ 1.)

7. AAIC is and was at the time of the filing of this lawsuit a corporation

under the laws of the State of Delaware with its principal place of business in the State of New Jersey.

8. Accordingly, there is complete diversity of citizenship between Sterling Oaks, on one hand, and AAIC, on the other.

9. In the instant litigation, Sterling Oaks seeks damages for AAIC's alleged failure to pay a claim under Policy No. CAU504424-2 (the "Policy") arising from a July 7, 2019 storm event.

10. Sterling Oaks asserts that on November 3, 2020, Sterling Oaks, through counsel, made a written demand to AAIC in the amount of $541,358.37 for the alleged property damage caused by the June 7, 2020 storm event (the "Demand"). (*Id*. at ¶16.)

11. Sterling Oaks asserts a breach of contract claim against AAIC based on the Policy and ASIC's alleged failure to pay the full amount of the Demand. (*Id*. at ¶¶22-31.)

12. Sterling Oaks also asserts a bad faith claim pursuant to O.C.G.A. § 33-4-6, which, if successful, could potentially allow Sterling Oaks to recover not only what it claims is covered under the Policy, but also an additional amount of up to 50% of the alleged covered loss, plus reasonable attorney's fees incurred in bringing this case. (*Id*. at ¶¶32-42.)

13. Sterling Oaks also asserts a claim for attorney's fees under O.C.G.A. §§ 9-15-14 and 13-6-11. (*Id.* at ¶¶43-44.)

14. Thus, in light of Sterling Oaks's $541,358.37 demand and claims for breach of contract, bad faith and attorney's fees, the amount in controversy in this lawsuit exceeds $75,000, exclusive of interest and costs.

15. A copy of this Notice of Removal is being filed with the Superior Court of Fulton County and has been served upon Sterling Oaks.

16. The United States District Court for the Northern District of Georgia, Atlanta Division is the federal judicial district encompassing the Superior Court of Fulton County, Georgia, where Sterling Oaks originally filed this suit; therefore, this is the proper federal district for removal of this case to federal court under 28 U.S.C. §§ 1441(a) and 90(a)(2).

17. AAIC does not waive any jurisdictional or other defenses that might be available.

18. AAIC reserves the right to amend or supplement this Notice of Removal.

WHEREFORE, AAIC removes this lawsuit from the Superior Court of Fulton County, Georgia.

Respectfully submitted this 30th day of April, 2021.

|  |  |
|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH LLP<br>600 Peachtree Street NE, Suite 4700<br>Atlanta, Georgia 30308<br>T: 404.348.8585<br>F: 404.467.8845<br>E: Seth.Friedman@lewisbrisbois.com<br>E: Victoria.Munian@lewisbrisbois.com | /s/ *Seth M. Friedman*<br>Seth M. Friedman<br>Georgia Bar No. 141501<br>Victoria E. Munian<br>Georgia Bar No. 463486<br><br>*Attorneys for Defendant American Alternative Insurance Corporation* |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing **NOTICE OF REMOVAL** upon the counsel or parties listed below via the United States Mail addressed as follows:

**J. Remington Huggins**
**Michael D. Turner**
**The Huggins Law Firm, LLC**
**110 Norcross Street**
**Roswell, GA 30075**
**770-913-6229**
**Remington@lawhuggins.com**
**mdturner@lawhuggins.com**

Dated this 30th day of April, 2021.

|  |  |
|---|---|
|  | /s/ *Seth M. Friedman* |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | Seth M. Friedman |
|  | Georgia Bar No. 141501 |
| 600 Peachtree Street NE, Suite 4700 | Victoria E. Munian |
| Atlanta, Georgia 30308 | Georgia Bar No. 463486 |
| T: 404.348.8585 |  |
| F: 404.467.8845 | *Attorneys for Defendant American* |
| E:Seth.Friedman@lewisbrisbois.com | *Alternative Insurance Corporation* |
| E: Victoria.Munian@lewisbrisbois.com |  |