**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

STERLING OAKS AT LENOX HILLS CONDOMINIUM ASSOCIATION, INC. d/b/a STERLING OAKS AT LENOX HILLS CONDOMINIUM,

Plaintiff,

v.

AMERICAN ALTERNATIVE INSURANCE CORPORATION, a foreign corporation,

Defendant.

CIVIL ACTION FILE NO:
1:21-CV-01792-TWT

**CERTIFICATE OF SERVICE OF DISCOVERY**

I hereby certify that on this 5th day of November, 2021, a true and correct copy of:

(1) Defendant American Alternative Insurance Corporation's Responses and Objections to Plaintiff's Subpoena to Produce Documents to Non-Party to Non-Party J.S. Held, LLC; and

(2) JS Held's Production of Documents including the following folders: JS Held- Sent to Client, SPEX, Photos, Plans Graphic, PDFs, Invoice, Estimate.

was served via statutory electronic transmission, upon the following counsel of record:

J. Remington Huggins, Esq.
Remington@lawhuggins.com
Michael D. Turner
mdturner@lawhuggins.com
The Huggins Law Firm, LLC
110 Norcross Street
Roswell, Georgia 30075

Respectfully submitted this 5th day of November, 2021.

/s/ Seth M. Friedman
Seth M. Friedman
Georgia Bar No. 141501
Victoria E. Munian
Georgia Bar No. 463486

*Attorneys for Defendant American Alternative Insurance Corporation*

Lewis, Brisbois, Bisgaard & Smith, LLP
600 Peachtree Street, Suite 4700
Atlanta, Georgia 30308
T: (404)348-8585
F: (404)467-8845
seth.friedman@lewisbrisbois.com
victoria.munian@lewisbrisbois.com