**UNITED STATES DISTRICT COURT**
**THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| STERLING OAKS AT LENOX HILLS CONDOMINIUM ASSOCIATION, INC. d/b/a STERLING OAKS AT LENOX HILLS CONDOMINIUM,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN ALTERNATIVE INSURANCE CORPORATION, a foreign corporation,<br><br>Defendant. | CIVIL ACTION FILE NO:<br>1:21-CV-01792-TWT |

**RULE 26(a)(2) EXPERT DISCLOSURE OF JARED POWELL**

COMES NOW, Sterling Oaks at Lenox Hills Condominium Association, Inc. D/B/A Sterling Oaks at Lenox Hills Condominium, Plaintiff in the above-styled matter, and hereby files this *Expert Disclosure* pursuant to Rule 26(a)(2), of Mr. Jared Powell. Mr. Powell's *Expert Disclosure* will be served on Defendant this 28th day of February 2022 via electronic platform.

These disclosures do not constitute waiver of any attorney-client privilege or work product protection and are without prejudice to any other issue or argument.

This 28th day of February, 2022.

For Huggins Law Firm, LLC.

__*/s/ J. Remington Huggins*_____
J. Remington Huggins, Esq.
Georgia Bar No.: 348736
Michael D. Turner, Esq.
Georgia Bar No.: 216414
***Attorneys for the Plaintiff***

**The Huggins Law Firm, LLC**
110 Norcross Street
Roswell, GA 30075
(o) (770) 913-6229
(f) (770) 913-6229
(e) remington@lawhuggins.com
(e) mdturner@lawhuggins.com

**CERTIFICATE OF COMPLIANCE**

I hereby certify, pursuant to Local Rule 7.1(D), that the foregoing ***Plaintiff's Expert Disclosure*** has been prepared in accordance with Local Rule 5.1(C) (Times New Roman font, 14 point).

This 28th day of February 2022.

For Huggins Law Firm, LLC.

*/s/ J. Remington Huggins*
J. Remington Huggins, Esq.
Georgia Bar No.: 348736
Michael D. Turner, Esq.
Georgia Bar No.: 216414
***Attorneys for the Plaintiff***

**The Huggins Law Firm, LLC**
110 Norcross Street
Roswell, GA 30075
(o) (770) 913-6229
(f) (770) 913-6229
(e) remington@lawhuggins.com
(e) mdturner@lawhuggins.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically served the foregoing ***Plaintiff's Expert Disclosure*** upon the following counsel of record:

**Seth M. Friedman**
**Victoria E. Munian**
**Lewis, Brisbois, Bisgaard & Smith, LLP**
**600 Peachtree St., Suite 4700**
**Atlanta, GA 30308**

This 28th day of February, 2022.

For Huggins Law Firm, LLC.

__*/s/ J. Remington Huggins*
J. Remington Huggins, Esq.
Georgia Bar No.: 348736
Michael D. Turner, Esq.
Georgia Bar No.: 216414
***Attorneys for the Plaintiff***

**The Huggins Law Firm, LLC**
110 Norcross Street
Roswell, GA 30075
(o) (770) 913-6229
(f) (770) 913-6229
(e) remington@lawhuggins.com
(e) mdturner@lawhuggins.com