IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STERLING OAKS AT LENOX HILLS CONDOMINIUM ASSOCIATION, INC. d/b/a STERLING OAKS AT LENOX HILLS CONDOMINIUM,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN ALTERNATIVE INSURANCE CORPORATION,<br><br>    Defendants. | Civil Action File No.:<br>1:21-cv-01792-TWT |

## NOTICE OF SETTLEMENT

COME NOW Plaintiff Sterling Oaks At Lenox Hills Condominium Association, Inc. d/b/a Sterling Oaks At Lenox Hills Condominium ("Sterling Oaks") and Defendant American Alternative Insurance Corporation ("AAIC"), and respectfully submit this Notice of Settlement and inform the Court as follows:

1. Sterling Oaks has reached an agreement with AAIC to resolve the claims against AAIC; and

2. The parties are in the process of finalizing a settlement agreement and will be filing a Notice of Dismissal with the Court once the settlement documents are finalized.

Respectfully submitted this 22nd day of September, 2022.

| Prepared and Consented to by: | Consented to by: |
|---|---|
| /s/ Seth M. Friedman<br>Seth M. Friedman<br>Georgia Bar No. 141501<br>Victoria E. Munian<br>Georgia Bar No. 463486<br>LEWIS BRISBOIS BISGAARD<br> & SMITH LLP<br>600 Peachtree Street, Suite 4700<br>Atlanta, Georgia 30308<br>(404) 348-8585<br>(404) 467-8845 (Fax)<br>seth.friedman@lewisbrisbois.com<br>victoria.munian@lewisbrisbois.com<br>*Attorneys for Defendant* | /s/ J. Remington Huggins<br>J. Remington Huggins<br>*(w/express permission by Seth M. Friedman)*<br>Georgia Bar No. 348736<br>Michael D. Turner<br>Georgia Bar No. 216414<br>THE HUGGINS LAW FIRM, LLC<br>110 Norcross Street<br>Roswell, Georgia 30075<br>(770) 913-6229<br>remington@lawhuggins.com<br>mdturner@lawhuggins.com<br><br>*Attorneys for Plaintiff* |