# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| STERLING OAKS AT LENOX HILLS CONDOMINIUM ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN ALTERNATIVE INSURANCE CORPORATION, <br><br> Defendant. | CIVIL ACTION NO. <br> 1:21-CV-01792-TWT |

## **ORDER**

The parties in the above civil action having announced to the Court that they have reached a settlement, the Clerk is DIRECTED to ADMINISTRATIVELY CLOSE the case. The parties shall execute the settlement documents and file the dismissal consistent with their Notice of Settlement [Doc. 35].

SO ORDERED, this 27th day of September, 2022.

THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE